UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-09352- SJO (JPRx) | Date | December 17, 2014 |
|---|---|---|---|
| Title | Ocean Ridge Equities LLC v. Joseph Nakashima et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | |
|---|---|---|
| Victor Cruz | Not Present | |
| Deputy Clerk | Court Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     IN CHAMBERS -

On 12/15/2014 the Court ordered this case remanded to the Superior Court of California for Los Angeles County, accordingly the Court strikes Plaintiff's Motion to Remand [8] and Plaintiff's Motion for Sanctions [9] as moot.

|  | : |
|---|---|
| Initials of Preparer | vpc |